# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

| | |
|---|---|
| In re:  CHRISTOPHER LAWRENCE GREGORY | Chapter 13 |
| KIMBERLY PERKINS GREGORY | Case No.: 08-71840-FJS |
| Debtors | |

**REPORT OF DEPOSIT OF UNCLAIMED FUNDS**

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347 the Trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The unclaimed funds represent the dividend(s) due and payable to:

| (Debtor(s) or Creditor(s) name and address) | (Amount of dividend) |
|---|---|
| SPIRIT OF AMERICA NATIONAL BANK/LANE BRYANT<br>FIRST EXPRESS<br>PO BOX 856132<br>LOUISVILLE, KY 40285-6132 | $3.72 |

| | |
|---|---|
| Date: February 24, 2011 | /s/ Michael P. Cotter |
| | Michael P. Cotter |
| | Chapter 13 Standing Trustee |
| | 870 Greenbrier Circle, Suite 402 |
| | Chesapeake, VA  23320 |
| | (757) 961-3000 |